CONSUMER LAW GROUP OF CALIFORNIA
Alan M. Mansfield (SBN 125998)
alan@clgca.com
16870 W. Bernardo Dr., Ste 400
San Diego, CA 92127
Tel: (619) 308-5034
Fax: (855) 274-1888

CANTRELL LAW FIRM
Chris W. Cantrell (SBN 290874)
chris@cantrelllegal.com
1330 Caminito Fabrizio, Ste 64
Chula Vista, CA 91915
Tel: (619) 597-6789

Attorneys for Plaintiffs
[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN STREED, et al., | Case No. 17-cv-02609-WHO |
| Plaintiffs, | **NOTICE AND STIPULATION SETTING AND CONTINUING BRIEFING SCHEDULE AND HEARINGS ON DEFENDANTS' MOTION TO SEVER PLAINTIFFS' CLAIMS PURSUANT TO LOCAL RULE 6-1(b), DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, PLAINTIFFS' MOTION TO REMAND, AND DEADLINES TO RESPOND TO COMPLAINT; DECLARATION OF ALAN M. MANSFIELD; PROPOSED ORDER** |
| v. | |
| WYETH PHARMACEUTICALS, INC., et al., | |
| Defendants. | |
| | **Current Dates:** June 21, 2017 and July 19, 2017 |
| | **Time:** 2:00 p.m. |
| | **Courtroom:** 2, 17th Floor |
| | **Judge:** Hon. William H. Orrick |
| | **Proposed New Dates:** July 19, 2017 and Aug. 9, 2017 |

Pursuant to Civil Local Rules 6-1 and 7-7, Plaintiffs and Defendants Teva Pharmaceuticals USA, Inc. ("Teva"), Barr Pharmaceuticals, Inc. (n/k/a Barr Pharmaceuticals,

LLC) ("Barr"), Sandoz, Inc. ("Sandoz"), Eon Labs, Inc. ("Eon"), Zydus Pharmaceuticals USA, Inc. ("Zydus"), Taro Pharmaceuticals USA, Inc. ("Taro"), Wyeth Pharmaceuticals Inc. ("Wyeth"), Par Pharmaceutical Companies, Inc. ("Par"), and Upsher-Smith Laboratories, Inc. ("Upsher-Smith") through their respective counsel, HEREBY STIPULATE and AGREE as follows:

WHEREAS, Plaintiffs filed their Complaint against Defendants ("Complaint") on March 24, 2017 in the Superior Court of the State of California for the County of Alameda (Case No. RG17854340);

WHEREAS, Plaintiffs filed their First Amended Complaint against Defendants ("FAC") on May 1, 2017 in Alameda County Superior Court;

WHEREAS, on May 5, 2017, Defendants Sandoz, Inc. and Eon Labs, Inc. filed a Notice of Removal of this action to the United States District Court, Northern District of California, which was assigned Case No. 17-cv-02609-MEJ, and which has been subsequently assigned to the Honorable William H. Orrick III;

WHEREAS, on May 10, 2017, Plaintiff Raymond Collette filed an Administrative Motion to Consider Whether Cases Should be Related in *Collette v. Wyeth Pharmaceuticals, Inc., et al.,* U.S. District Court, Northern District of California, Case No. 16-cv-01034-JD, which pursuant to Local Rule 7-11 should be determined in the short term and identify which judge will be assigned to this matter;

WHEREAS, on May 12, 2017 (Dkt. 23) Defendants Teva and Barr filed a Motion to Dismiss Plaintiffs' First Amended Complaint ("Teva/Barr Motion to Dismiss"), which is currently set for hearing on July 19, 2017, the opposition to which is currently due on May 26, 2017, and to which a reply is due on June 2, 2017;

WHEREAS, on May 15, 2017 (Dkt. 25) Defendants Teva, Barr, Sandoz, Eon, Zydus, Taro and Wyeth filed a Motion to Sever Plaintiffs' Claims ("Motion to Sever"), which is presently set for hearing on June 21, 2017, the opposition to which is due on May 30, 2017, and to which a reply is due on June 6, 2017; and on May 25, 2017, Defendant Par filed a Notice of Joinder and Joinder in Defendants' Motion to Sever;

2

WHEREAS, on May 22, 2017 (Dkt. 38) Defendant Par filed a Motion to Dismiss for Lack of Jurisdiction ("Par Motion to Dismiss"), which is currently set for hearing on July 19, 2017, the opposition to which is currently due on June 5, 2017, and to which a reply is due on June 12, 2017;

WHEREAS, on May 22, 2017 (Dkt. 41) Defendants Eon and Sandoz filed a Motion to Dismiss ("Eon/Sandoz Motion to Dismiss"), which is currently set for hearing on July 19, 2017, the opposition to which is due on June 5, 2017, and to which a reply is due on June 12, 2017;

WHEREAS, on May 22, 2017 (Dkt. 46) Defendant Upsher-Smith filed a Motion to Dismiss ("Upsher-Smith Motion to Dismiss"), which is currently set for hearing on July 19, 2017, the opposition to which is due on June 5, 2017, and to which a reply is due on June 12, 2017;

WHEREAS, Plaintiffs do not consent to the Notice of Removal filed by Defendants Sandoz and Eon and will be filing a motion to remand this action to Alameda County Superior Court on the basis that such removal was improper on the grounds stated in that Notice ("Motion to Remand");

WHEREAS, the parties agree that jurisdictional issues should be briefed and heard prior to the Court addressing other issues raised by the pleadings;

WHEREAS, no prior extension of time in which to respond or continue these hearing dates has been requested by any party;

WHEREAS, the extension of time agreed upon by the parties will not alter or affect any event or deadline fixed by the Court at this time;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. Plaintiffs shall file their Motion to Remand no later than May 31, 2017, and shall set the motion for hearing on July 19, 2017;

2. Any opposition briefs directed at the Motion to Remand shall be filed on or before June 20, 2017, and any reply brief in support of such motion shall be filed on or before July 5, 2017;

3. Teva, Barr, Eon, Sandoz, and Upsher-Smith pursuant to Rule 7-7(a), hereby

3

provide notice that the hearing on the portions of their respective Motions to Dismiss that concern issues other than personal jurisdiction are continued to August 9, 2017; the hearing on the portions of their Motions to Dismiss that concern the issue of personal jurisdiction will remain on July 19, 2017;

4. Any opposition briefs directed at the Par Motion to Dismiss, and the personal jurisdiction arguments in the Teva/Barr Motion to Dismiss, Eon/Sandoz Motion to Dismiss, and Upsher-Smith Motion to Dismiss shall be filed on or before June 16, 2017, and any reply briefs in support of these Defendants' personal jurisdiction arguments shall be filed on or before June 30, 2017;

5. Defendant Wyeth shall file any motion to dismiss for lack of personal jurisdiction ("Wyeth Motion to Dismiss") on or before June 9, 2017 and shall notice such motion for hearing on July 19, 2017; any opposition briefs directed at the Wyeth Motion to Dismiss shall be filed on or before June 23, 2017, and any reply briefs in support of such motion shall be filed on or before June 30, 2017;

6. The Defendants who filed the Motion to Sever, pursuant to Rule 7-7(a), hereby provide notice that the hearing on the Motion to Sever is continued to August 9, 2017;

7. Any opposition brief directed at the Motion to Sever and arguments other than personal jurisdiction in the Teva/Barr Motion to Dismiss, Eon/Sandoz Motion to Dismiss, and Upsher-Smith Motion to Dismiss shall be filed on or before July 12, 2017, and any reply brief in support of such motions (or portions thereof, as designated) shall be filed on or before July 26, 2017;

8. Any opposition or reply briefs regarding the personal jurisdiction issues in the Teva/Barr Motion to Dismiss, the Eon/Sandoz Motion to Dismiss, and the Upsher-Smith Motion to Dismiss (respectively) must, in combination with the opposition and reply briefing on issues other than personal jurisdiction, be no more than the page numbers allotted for such briefs (specifically, per Rule 7-3(a), 25 pages for an opposition brief, and, per Rule 7-3(c), 15 pages for a reply brief) had all of the issues been addressed in a single brief for each respective Motion to Dismiss;

9.  Defendant Wyeth shall have until 21 days after the Court rules on the Motion to Remand or Motion to Sever, whichever is later, to file a motion to dismiss on substantive grounds other than lack of personal jurisdiction.

10. Defendants Taro and Zydus shall have until 15 days after the Court rules on the Motion to Remand to file a motion or responsive pleading directed at the FAC.

11. The Parties enter into this Stipulation without waiving any claim that personal and/or subject matter jurisdiction is not proper before this Court, and without waiving any other substantive defense to the claims in the FAC.

Dated: May 25, 2017   CONSUMER LAW GROUP OF CALIFORNIA

By: ___S/Chris W. Cantrell___
CHRIS W. CANTRELL (SBN 290874)
CANTRELL LAW FIRM
chris@cantrelllegal.com
1330 Caminito Fabrizio, Ste 64
Chula Vista, CA 91915
Tel: (619) 597-6789

ALAN M. MANSFIELD (SBN 125998)
alan@clgca.com
16870 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel: (619) 308-5034
Fax: (855) 274-1888

WOOD LAW FIRM
E. Kirk Wood (To Apply *Pro Hac Vice*)
ekirkwood1@cs.com
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Tel: (205) 612-0243

Attorneys for Plaintiffs

Dated: May 25, 2017   GOODWIN PROCTER LLP

By: ___S/April Sun___
April Sun
asun@goodwinlaw.com
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 733-6000
Fax: (415 677-9041

| | | |
|---|---|---|
| 1 | | Attorneys for Defendants TEVA PHARMACEUTICALS USA, INC. and BARR PHARMACEUTICALS, INC. (n/k/a Barr Pharmaceuticals, LLC) |
| 2 | | |
| 3 | Dated: May 25, 2017 | GREENBERG TRAURIG, LLP |
| 4 | | By:   S/Natassia Kwan |
| 5 | | Natassia Kwan<br>kwann@gtlaw.com |
| 6 | | 4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111 |
| 7 | | Tel: (415) 655-1300<br>Fax: (415) 707-2010 |
| 8 | | Greg Sperla<br>sperlag@gtlaw.com |
| 9 | | 1201 K Street, Suite 1100<br>Sacramento, CA 95814 |
| 10 | | Tel: (916) 442-1111<br>Fax: (916) 448-1709 |
| 11 | | |
| 12 | | Attorneys for Defendants SANDOZ, INC. and EON LABS, INC. |
| 13 | Dated: May 25, 2017 | MORRISON MAHONEY, LLP |
| 14 | | |
| 15 | | By:   S/Robert M. Alonso Olmo<br>Robert M. Alsonso Olmo<br>ralonso@morrisonmahoney.com |
| 16 | | 120 Broadway, Suite 1010<br>New York, NY 10271 |
| 17 | | Tel: (212) 825-1212<br>Fax: (212) 825-1313 |
| 18 | | |
| 19 | | Attorneys for Defendants ZYDUS PHARMACEUTICALS USA, INC. and TARO PHARMACEUTICALS U.S.A., INC. |
| 20 | | |
| 21 | Dated: May 25, 2017 | DLA PIPER, LLP (US) |
| 22 | | By:   S/George Gigounas<br>George Gigounas<br>George.gigounas@dlapiper.com |
| 23 | | 555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933 |
| 24 | | Tel: (415) 836-2500<br>Fax: (415) 836-2501 |
| 25 | | |
| 26 | | Attorneys for Defendant WYETH PHARMACEUTICALS, INC. |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: May 25, 2017 | HASSARD BONNINGTON LLP |
| | By: <u>S/Thomas M. Frieder</u><br>Thomas M. Frieder<br>tmf@hassard.com<br>Joanna L. Storey<br>jls@hassard.com<br>275 Battery Street, Suite 1600<br>San Francisco, California 94111-3370<br>Tel: (415) 288-9800<br>Fax: (415) 288-9801 |
| | Attorneys for Defendant<br>PAR PHARMACEUTICAL COMPANIES, INC. |
| Dated: May 25, 2017 | SHOOK, HARDY & BACON L.L.P. |
| | By: <u>S/G. Gregg Webb</u><br>G. Gregg Webb<br>gwebb@shb.com<br>One Montgomery, Suite 2700<br>San Francisco, California 94104-4505<br>Tel: (415) 544-1900<br>Fax: (415) 391-0281 |
| | Attorneys for Defendant<br>UPSHER-SMITH LABORATORIES, INC. |

**Filer's Attestation:** Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the within document has been obtained from all parties.

Dated:  May __, 2017

By: <u>S/Alan M. Mansfield</u>
ALAN M. MANSFIELD (SBN 125998)

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: May 26, 2017

<u>/s/ W. H. Orrick</u>
Hon. William H. Orrick
United States District Judge

## DECLARATION OF ALAN M. MANSFIELD

I, Alan M. Mansfield, declare:

1.  I am an attorney duly admitted to practice before this Court. I am one of the counsel for Plaintiffs in this case. I have personal knowledge of the facts set forth below.

2.  Pursuant to Northern District of California Local Rules 6-2(a)(2), the Court has not previously granted any time modifications related to (1) Defendants Teva and Barr's Motion to Dismiss Plaintiffs' First Amended Complaint, (2) Defendants Teva, Barr, Sandoz, Eon, Zydus, Taro and Wyeth's Motion to Sever Plaintiffs' Claims, (3) Defendant Par's Motion to Dismiss Plaintiffs' First Amended Complaint, (4) Defendants Eon and Sandoz's Motion to Dismiss Plaintiffs' First Amended Complaint, or (5) Defendant Upsher-Smith's Motion to Dismiss Plaintiffs' First Amended Complaint.

3.  Plaintiffs filed their Complaint against Defendants ("Complaint") on March 24, 2017 in the Superior Court of the State of California for the County of Alameda (Case No. RG17854340).

4.  Plaintiffs filed their First Amended Complaint against Defendants ("FAC") on May 1, 2017 in Alameda County Superior Court.

5.  On May 5, 2017, Defendants Sandoz, Inc. and Eon Labs, Inc. filed a Notice of Removal of this action to the United States District Court, Northern District of California, which was assigned Case No. 17-cv-02609-MEJ, and which has been subsequently assigned to the Honorable William H. Orrick.

6.  On May 10, 2017, an Administrative Motion to Consider Whether Cases Should be Related was filed in *Collette v. Wyeth Pharmaceuticals, Inc., et al.,* U.S. District Court, Northern District of California, Case No. 16-cv-01034-JD, which pursuant to Local Rule 7-11 should be determined in the short term and identify which judge will be assigned to this matter.

7.  On May 12, 2017 (Dkt. 23), Defendants Teva and Barr filed a Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss"), which is set for hearing on July 19, 2017, the opposition to which is currently due on May 26, 2017, and to which a reply is due June 2, 2017.

8. On May 15, 2017 (Dkt. 25) Defendants Teva, Barr, Sandoz, Eon, Zydus, Taro and Wyeth filed a Motion to Sever Plaintiffs' Claims ("Motion to Sever"), which is presently set for hearing on June 21, 2017, the opposition to which is due on May 30, 2017, and to which a reply is due June 6, 2017.

9. On May 22, 2017 (Dkt. 38) Defendant Par filed a Motion to Dismiss for Lack of Jurisdiction ("Par Motion to Dismiss"), which is currently set for hearing on July 19, 2017, the opposition to which is currently due on June 5, 2017, and to which a reply is due on June 12, 2017.

10. On May 22, 2017 (Dkt. 41) Defendants Eon and Sandoz filed a Motion to Dismiss ("Eon/Sandoz Motion to Dismiss"), which is currently set for hearing on July 19, 2017, the opposition to which is due on June 5, 2017, and to which a reply is due on June 12, 2017.

11. On May 22, 2017 (Dkt. 46) Defendant Upsher-Smith filed a Motion to Dismiss ("Upsher-Smith Motion to Dismiss"), which is currently set for hearing on July 19, 2017, the opposition to which is due on June 5, 2017, and to which a reply is due on June 12, 2017.

12. Plaintiffs do not consent to the Notice of Removal filed by Defendants Sandoz and Eon and will be filing a motion to remand this action to Alameda County Superior Court on the basis that such removal was improper on the grounds stated in that Notice ("Motion to Remand").

13. I will be unavailable for a hearing on the Motion to Sever June 21, 2017, and plaintiffs' counsel have several pending commitments such that they do not have adequate time to respond to the pending Motion to Sever and Motion to Dismiss while preparing the Motion to Remand, which must be filed by no later than June 4, 2017.

14. The scheduling and extension of time agreed upon by the parties as set forth in the Stipulation will not alter or affect any deadline fixed by the Court at this time, and granting this Stipulation will ensure judicial efficiency by having the relevant motions set for hearing at the same time rather than on multiple dates, and are briefed so that the Court can decide how it wishes to address these motions.

I declare under penalty of perjury under the laws of the United States that the foregoing

is true and correct.

Executed this 25TH day of May, 2017, at San Diego, California.

S/ Alan M. Mansfield  
ALAN M. MANSFIELD