IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN STREED, et al., <br> Plaintiffs, <br> v. <br> EON LABS, INC., et al., <br> Defendants. | Case No. 17-cv-02609-MMC <br><br> **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO REMAND; VACATING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS** |

On June 19, 2017, the above titled-action was reassigned to the undersigned. On May 26, 2017, the Hon. William H. Orrick issued an order setting a briefing schedule and hearing date for motions the parties had filed or intended to file. Although the briefing schedule remains as set therein, the hearing dates were vacated upon reassignment. (See Order Reassigning Case, filed June 14, 2017, at 1:17-18; Order Reassigning Case, filed June 19, 2017, at 1:17-18.)

One of the motions pending before the Court is plaintiffs' motion for remand, filed May 31, 2017. As the Court must resolve the issue of subject matter jurisdiction prior to considering any other issues raised by the parties, the hearings on all other pending motions remain vacated, and will be reset, if appropriate, following the Court's determination as to subject matter jurisdiction.[1]

With respect to the motion for remand, plaintiffs, upon reassignment of the case to the undersigned, noticed said motion for hearing on July 14, 2017. In light of the Court's

---

[1] Following the reassignment of the case to the undersigned, a number of defendants have renoticed their motions to dismiss. All such renoticed dates are hereby vacated for the reasons set forth above.

calendar, however, the hearing on plaintiffs' motion is hereby CONTINUED to July 28, 2017.

**IT IS SO ORDERED.**

Dated: June 22, 2017

MAXINE M. CHESNEY
United States District Judge