# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EDWIN STREED, et al. )
                                Plaintiff(s), )
     v. )
WYETH PHARMACEUTICALS, et al )
                                Defendant(s). )

Case No: 3:17-cv-02609

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Edward K. Wood, Jr., an active member in good standing of the bar of Alabama, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: All Plaintiffs in the above-entitled action. My local co-counsel in this case is Alan Mansfield, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P. O. Box 382434<br>Birmingham, AL 35238-2434 | 16870 W. Bernardo Dr., Suite 400<br>San Diego, CA 92127 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (205) 612-0243 | (619) 308-5034 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kirk@woodlawfirmllc.com | alan@clgca.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WOO046.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/22/17                          Edward K. Wood, Jr.
                                                                                                                   APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Edward K. Wood, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 22, 2017

                                                             UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Sharon N. Harris**
Clerk of Court

**Joe Musso**
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **EDWARD K. WOOD, JR.** was duly admitted to practice in said Court on **July 30, 2003**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on October 25, 2016.

SHARON N. HARRIS, CLERK

By: *Kayla Bowman*
Kayla Bowman, Deputy Clerk