IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWIN STREED, et al.,

          Plaintiffs,

   v.

EON LABS, INC., et al.,

          Defendants.

Case No. 17-cv-02609-MMC

**ORDER VACATING HEARING ON DEFENDANT MCKESSON CORPORATION'S MOTION TO DISMISS**

Before the Court is defendant McKesson Corporation's motion to dismiss, filed June 23, 2017, and noticed for hearing on August 4, 2017. For the reasons stated in the Court's order of June 22, 2017, the August 4, 2017 hearing is hereby VACATED and will be reset, if appropriate, following the Court's determination as to subject matter jurisdiction.

     **IT IS SO ORDERED.**

Dated: June 23, 2017

MAXINE M. CHESNEY
United States District Judge