CONSUMER LAW GROUP OF CALIFORNIA
Alan M. Mansfield (SBN 125998)
alan@clgca.com
16870 W. Bernardo Dr., Ste 400
San Diego, CA 92127
Tel: (619) 308-5034
Fax: (855) 274-1888

CANTRELL LAW FIRM
Chris W. Cantrell (SBN 290874)
chris@cantrelllegal.com
1330 Caminito Fabrizio, Ste 64
Chula Vista, CA 91915
Tel: (619) 597-6789

Attorneys for Plaintiffs
[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN STREED, et al., | Case No. 17-cv-02609-MMC |
| Plaintiffs, | [PROPOSED] ORDER DENYING DEFENDANTS ADMINISTRATIVE MOTION TO RESET HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION |
| v. | |
| WYETH PHARMACEUTICALS, INC., et al., | |
| Defendants. | Hearing Date: N/A<br>Time: N/A.<br>Place: Courtroom 7, 19th Fl.<br>Judge: Hon. Maxine M. Chesney |

Based upon the submissions of the parties,[1]

IT IS HEREBY ORDERED that Defendants' Administrative Motion to Reset Hearings on Defendants' Motions to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 101) is hereby denied.

Dated: July 11, 2017

HON. MAXINE M. CHESNEY
United States District Judge

---

[1] The chambers copy of defendants' motion was submitted in double-sided format. For future reference, defendants are advised that chambers copies of all documents filed with the Court shall be submitted in single-sided format. See Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").