CONSUMER LAW GROUP OF CALIFORNIA
Alan M. Mansfield (SBN 125998)
alan@clgca.com
16870 W. Bernardo Dr., Ste 400
San Diego, CA 92127
Tel: (619) 308-5034
Fax: (855) 274-1888

CANTRELL LAW FIRM
Chris W. Cantrell (SBN 290874)
chris@cantrelllegal.com
1330 Caminito Fabrizio, Ste 64
Chula Vista, CA 91915
Tel: (619) 597-6789

Attorneys for Plaintiffs
[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN STREED, et al.,** | Case No. 17-cv-02609-MMC |
| **Plaintiffs,** | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF |
| v. | |
| **WYETH PHARMACEUTICALS, INC., et al.,** | Hearing Date: N/A<br>Time: N/A.<br>Place: Courtroom 7, 19th Fl.<br>Judge: Hon. Maxine M. Chesney |
| **Defendants.** | |

Based upon the submissions of the parties,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Administrative Relief is granted. The briefing schedules for Motion Dkt. Nos. 23, 25, 38, 41, 46, 63, 70 and 96[1] are vacated and will be re-set, if necessary, after the Court rules on the pending Remand Motion (Dkt. No. 60).

Dated: July 11, 2017

HON. MAXINE M. CHESNEY
United States District Judge

---

[1] In light thereof, the July 6, 2017 stipulation between plaintiffs and defendant McKesson Corporation as to Motion Dkt. No. 96 is denied as moot.