Stephen J. Squillario (Bar No. 257781)
 ssquillario@hbblaw.com
Stephen M. Tye (Bar No. 299326)
 stye@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, California 94111
Telephone: 415.546.7500
Facsimile: 415.546.7505

Arthur J. Liederman (*to be admitted pro hac vice*)
 aliederman@morrisonmahoney.com
Nicole M. Battisti (*to be admitted pro hac vice*)
 nbattisti@morrisonmahoney.com
MORRISON MAHONEY LLP
120 Broadway, Suite 1010
New York, NY 10271
Telephone: 212.825.1212
Facsimile: 212.825.1313

Attorneys for Defendants
ZYDUS PHARMACEUTICALS USA, INC.
and TARO PHARMACEUTICALS U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN STREED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WYETH PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Case No. 3:17-cv-02609-MMC <br><br> **[PROPOSED] ORDER GRANTING ADMISSION OF ATTORNEY ARTHUR J. LIEDERMAN *PRO HAC VICE*** |

ZP01-0000001
12354251.1

1

Case No. 3:17-cv-02609-MMC
[PROPOSED] ORDER GRANTING ADMISSION
OF ATTORNEY ARTHUR J. LIEDERMAN
PRO HAC VICE

Arthur J. Liederman, whose business address is Morrison Mahoney LLP, 120 Broadway, Suite 1010, New York, NY 10271, and who is an active member in good standing of the bar of the U.S. District Court for the Eastern District of New York, having applied in the above-captioned action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants ZYDUS PHARMACEUTICALS USA, INC. and TARO PHARMACEUTICALS U.S.A., INC., the Application is hereby GRANTED, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the Application will constitute notice to the party. All future filings in this action are subject to the requirements contained in ~~General Order No. 45,~~ Civil Local Rule 5 ~~*Electronic Case Filing*~~.

Dated: July 11, 2017

Maxine Chesney
Judge, United States District Court

Case No. 3:17-cv-02609-MMC
[PROPOSED] ORDER GRANTING ADMISSION
OF ATTORNEY ARTHUR J. LIEDERMAN
PRO HAC VICE

ZP01-0000001
12354251.1

2