UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. BLACKFORD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WYETH PHARMACEUTICAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03825-KAW<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Maxine M. Chesney for consideration of whether the case is related to *Streed v. Wyeth Pharmaceuticals*, Case No. 17-cv-2609-MMC.

　　　　**IT IS SO ORDERED.**

Dated: July 12, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge