IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN STREED, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EON LABS, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-02609-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION TO REMAND** |

Before the Court is plaintiffs' "Motion to Remand Action to Alameda County Superior Court," filed May 31, 2017. Defendants Sandoz, Inc. and Eon Labs, Inc. have filed opposition, in which defendant Upsher-Smith Laboratories, LLC has joined; plaintiffs have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for August 18, 2017.

**IT IS SO ORDERED.**

Dated: August 14, 2017

MAXINE M. CHESNEY
United States District Judge