1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWIN STREED, et al.,

                     Plaintiffs,

          v.

EON LABS, INC., et al.,

                     Defendants.

Case No.  17-cv-02609-MMC

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

In light of the pending motion to remand, the Initial Case Management Conference previously scheduled for September 1, 2017, is hereby CONTINUED to September 29, 2017, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than September 22, 2017.

**IT IS SO ORDERED.**

Dated: August 18, 2017

MAXINE M. CHESNEY
United States District Judge